IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAURICE JONES,

    Petitioner,

v.

MARTY ALLEN,

    Respondent.

CIVIL ACTION NO.: 4:19-cv-30

**O R D E R**

After a careful *de novo* review of the entire record in this case, the Court concurs with the Magistrate Judge's February 13, 2019 Report and Recommendation, to which the parties did not file objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 12), **DENIES** Petitioner a Certificate of Appealability, and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus for lack of exhaustion, (doc. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 8th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA