# United States District Court
## Southern District of Georgia

MAURICE JONES,

Petitioner,

v.

MARTY ALLEN,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-30

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated March 8, 2019, the Court ADOPTS the Report and Recommendation denying Petitioner a Certificate of Appealability, and DISMISSES Petitioner's Petition for Writ of Habeas Corpus for lack of exhaustion.

Approved by: _____

March 13, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk